IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

           ORDER

          Plaintiff,

         v.                            08-cr-101-bbc

KENYOTTA JONES,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Kenyotta Jones has filed a motion pursuant to 18 U.S.C. § 3582, seeking

a modification of the sentence imposed upon him on December 22, 2008.

My review of defendant's file shows that he pleaded guilty to possessing more than

five grams of cocaine base (crack cocaine) with intent to distribute it, in violation of 21

U.S.C. § 841(a)(1).  At sentencing, defendant was determined to be a career offender as

defined in U.S.S.G. § 4B1.1(a).  Unfortunately for defendant, the amendment to the

guidelines does not apply to him, because his sentence was determined by his status as a

career offender and not by drug quantity. Therefore, I must deny his motion for a sentence

reduction.

1

ORDER

IT IS ORDERED that defendant Kenyotta Jones's motion for a sentence reduction

under 18 U.S.C. § 3582 is DENIED.

Entered this 2d day of December, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2